IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE ANTONIO MANCILLA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-CV-313-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

# **ORDER**

On April 18, 2017, the Magistrate Judge filed a Recommendation (Doc. # 12) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 12) is ADOPTED on grounds that Petitioner's motion is untimely under 28 U.S.C. § 2255(f)[1];

(2) Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. # 2) is DENIED; and

(3) This action is DISMISSED with prejudice.

---

[1] The Recommendation includes a footnote that incorrectly states that *Padilla v. Kentucky*, 559 U.S. 356 (2010), was decided *after* Mancilla was sentenced. (*See* Doc. # 12, at 3 n.2.) Although this footnote is superfluous to the Recommendation's ultimate finding of untimeliness, this Order clarifies that Mancilla's sentencing post-dated *Padilla*.

A separate final judgment will be entered.

DONE this 30th day of May, 2017.

                                          /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE